| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Christel, David W. | Western District of Washington | 12/22/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Part time Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

105 W. Evergreen Blvd.
Suite 200
Vancouver, WA 98660

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | David W. Christel Attorney at Law, PC |
| 2. | Trustee | David W. Christel Attorney at Law 401 K Plan |
| 3. | Trustee | ▨▨▨▨▨▨ Trust |
| 4. | Manager/Member | Amen Corner Management, LLC |
| 5. | Manager/Member | Blue Tee Management, LLC |
| 6. | Manager/Member | Double Cut Management, LLC |
| 7. | Manager/Member | Double Eagle Management, LLC |
| 8. | Manager/Member | First Cut Management, LLC |
| 9. | Manager/Member | Front Nine Management, LLC |
| 10. | Manager/Member | Garrow Trident, LLC |
| 11. | Manager/Member | Kick Point, LLC |
| 12. | Manager/Member | North Side Group, LLC |
| 13. | Manager/Member | Pelican Bay Management, LLC |
| 14. | Manager/Member | Rocklin Northwest, LLC |
| 15. | Manager/Member | Silver Lake RV Park, LLC |
| 16. | Attorney in Fact | Kelly E. Christel |

| 17. | Treasurer | Fort Vancouver High School 2004 Grad Night |
|---|---|---|
| 18. | Partner | Christel & Isley, LLP |
| 19. | Director | Vancouver School District Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | David W. Christel Attorney at Law, PC (Salary) | $78,000.00 |
| 2. 2011 | David W. Christel Attorney at Law, PC (Business Income) | $226,113.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Battle Ground School District, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of the Cascades | Mortgage on Commercial Rental (2%), Sunnybrook, OR (Pt VII, Line 337) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  3 M COMPANY | A | Dividend | | | Sold | 07/28/11 | J | | |
| 2.  8% ELKS ON GE DUE 3/23/11 BY CFI RATE | A | Interest | | | Sold | 03/23/11 | J | A | |
| 3.  8.25% ELKS ON BAC DUE 9/28/10 BY MS RATE (Y) | | | | | | | | | |
| 4.  9% ELKS ON JP MORGAN CHASE DUE 12/27/10 BY MS RATE (Y) | | | | | | | | | |
| 5.  ACCENTURE PLC IRELAND CL A | A | Dividend | J | T | Buy | 06/22/11 | J | | |
| 6. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 7. | | | | | Sold (part) | 07/12/11 | J | | |
| 8.  ALLERGAN INC | A | Dividend | J | T | Buy | 09/08/11 | J | | |
| 9.  AMAZON COM INC | | None | J | T | Buy | 03/30/11 | J | | |
| 10. | | | | | Buy (add'l) | 04/21/11 | J | | |
| 11.  AMERICA MOVIL SA DE CV ADR L | | None | | | Sold | 02/15/11 | J | A | |
| 12.  AMERICAN GRO FD OF AMERICA F1 | A | Dividend | K | T | Redeemed (part) | 07/01/11 | K | C | |
| 13.  AMERICAN TOWER CP CLASS A | A | Dividend | J | T | Buy (add'l) | 03/28/11 | J | | |
| 14.  APPLE | | None | J | T | Buy (add'l) | 01/05/11 | J | | |
| 15. | | | | | Buy (add'l) | 03/03/11 | J | | |
| 16. | | | | | Buy (add'l) | 07/13/11 | J | | |
| 17. | | | | | Sold (part) | 11/11/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ASSURANT INC | | None | | | Sold | 01/21/11 | J | A | |
| 19. AT&T INC | A | Dividend | | | Sold | 01/06/11 | J | A | |
| 20. BANK OF AMERICA CORP | A | Dividend | J | T | Sold (part) | 05/12/11 | J | | |
| 21. BLACKROCK EQUITY DIVIDEND A | A | Dividend | K | T | Buy (add'l) | 04/11/11 | J | | |
| 22. | | | | | Buy (add'l) | 12/23/11 | J | | |
| 23. BLACKROCK HI YIELD BD PTF A | A | Dividend | K | T | Buy | 08/31/11 | J | | |
| 24. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 25. BLACKSTONE GROUP LP | A | Dividend | J | T | | | | | |
| 26. BOEING CO | | None | J | T | Buy | 12/22/11 | J | | |
| 27. BORG WARNER | | None | J | T | Buy | 01/05/11 | J | | |
| 28. | | | | | Buy (add'l) | 07/12/11 | J | | |
| 29. CALAMOS CONVERTIBLE FUNDS A | A | Dividend | | | Buy (add'l) | 01/05/11 | J | | |
| 30. | | | | | Buy (add'l) | 01/18/11 | J | | |
| 31. | | | | | Redeemed (part) | 02/18/11 | K | A | |
| 32. | | | | | Redeemed | 02/23/11 | K | | |
| 33. CALL GENERAL ELECTRIC CO EXPIRES 02/18/2012 | | None | | | Sold | 11/30/11 | J | | |
| 34. CALL INTEL CORP EXPIRES 12/17/2011 | | None | | | Buy | 11/30/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/17/11 | J | | |
| 36. CALL SPDR GOLD TR GOLD SHS EXPIRES 01/21/2012 | | None | | | Sold | 10/27/11 | J | | |
| 37. CARDINAL HEALTH INC | A | Dividend | J | T | Buy | 01/21/11 | J | | |
| 38. | | | | | Buy (add'l) | 02/11/11 | J | | |
| 39. | | | | | Buy (add'l) | 04/18/11 | J | | |
| 40. CARNIVAL CP NEW PAIRED COM | A | Dividend | | | Sold | 03/11/11 | J | A | |
| 41. CATERPILLAR INC | A | Dividend | J | T | Sold (part) | 06/01/11 | J | B | |
| 42. | | | | | Sold (part) | 09/08/11 | J | A | |
| 43. CENTRIAS ELECTICAS CO ADR | A | Dividend | J | T | | | | | |
| 44. CHEVRON | A | Dividend | J | T | | | | | |
| 45. CISCO SYS INC | | None | J | T | Sold (part) | 02/09/11 | J | B | |
| 46. | | | | | Buy (add'l) | 10/05/11 | J | | |
| 47. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 48. CITIGROUP CALLABLE LEVERAGED CMS DUE 2026-03 | B | Interest | K | T | Buy | 03/11/11 | K | | |
| 49. CMS LEVERED CURVE LINKED ACCRUAL NOTES BY MS (Y) | | | | | | | | | |
| 50. CNO FINL GROUP INC COM | | None | | | Sold | 04/18/11 | J | A | |
| 51. COACH INC | A | Dividend | J | T | Sold (part) | 03/18/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/29/11 | J | | |
| 53. COCA COLA CO (Y) | | | | | | | | | |
| 54. CONOCOPHILIPS | | None | | | Sold | 01/14/11 | J | C | |
| 55. COSTCO WHOLESALE CORP | A | Dividend | J | T | Buy | 07/21/11 | J | | |
| 56. | | | | | Buy (add'l) | 08/03/11 | J | | |
| 57. COVIDIEN PLC NEW | A | Dividend | J | T | Buy (add'l) | 05/12/11 | J | | |
| 58. DANAHER | A | Dividend | J | T | Sold (part) | 09/08/11 | J | | |
| 59. DAVIS NEW YORK VENTURE Y | A | Dividend | J | T | Buy | 02/16/11 | K | | |
| 60. | | | | | Redeemed (part) | 09/12/11 | J | | |
| 61. DELAWARE TX-FR USA INTERMED A | A | Dividend | K | T | Redeemed (part) | 01/05/11 | J | | |
| 62. DOLLAR GEN CORP NEW COM | | None | | | Sold | 01/05/11 | J | A | |
| 63. DWS MANAGED MUNI BOND A DIV | A | Dividend | J | T | | | | | |
| 64. EMC CORP MASS | | None | J | T | Sold (part) | 12/09/11 | J | A | |
| 65. ENERGY TRANSFER PARTNERS L P | A | Interest | J | T | | | | | |
| 66. ENTERPRISE PROD PARTNERS L.P. | | None | J | T | | | | | |
| 67. EXXON MOBIL CORP | | None | J | T | Buy | 12/22/11 | J | | |
| 68. | | | | | Buy (add'l) | 12/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FIDELITY ADV SH-INT MUNI INC A | A | Dividend | J | T | Redeemed (part) | 01/05/11 | J | | |
| 70. FIRST AMERICAN REAL ESTATE SEC A (Y) | | | | | | | | | |
| 71. FIRST EAGLE GOLD A | A | Dividend | | | Sold | 08/04/11 | J | | |
| 72. FIRST EAGLE GOLD I | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 73. | | | | | Redeemed (part) | 08/24/11 | J | | |
| 74. FIRST TRUST AMEX BIOTECH (Y) | | | | | | | | | |
| 75. FIRST TRUST HEALTH CARE ALPHA ETF | A | Dividend | K | T | Buy | 03/30/11 | K | | |
| 76. | | | | | Buy (add'l) | 04/21/11 | J | | |
| 77. | | | | | Buy (add'l) | 04/27/11 | J | | |
| 78. | | | | | Buy (add'l) | 07/12/11 | J | | |
| 79. FIRST TRUST CONSUMER STAPLES ETF | A | Dividend | J | T | Buy | 05/12/11 | J | | |
| 80. | | | | | Buy (add'l) | 06/01/11 | J | | |
| 81. FIRST TRUST INDS/PRODS ETF | A | Dividend | | | Sold | 07/26/11 | K | B | |
| 82. FIRST TRUST MILD CAP CORE ETF | A | Dividend | K | T | Buy (add'l) | 01/18/11 | K | | |
| 83. | | | | | Sold (part) | 05/20/11 | J | B | |
| 84. | | | | | Sold (part) | 08/04/11 | J | B | |
| 85. | | | | | Sold (part) | 08/09/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FIRST TRUST SMALL CAP CORE ETF | A | Dividend | K | T | Buy | 10/28/11 | K | | |
| 87. | | | | | Buy (add'l) | 11/03/11 | J | | |
| 88. FORD CAPITAL TRUST II PREFERENTIAL RATE DUE: 2032-01-15 | A | Interest | | | Redeemed | 03/15/11 | J | | |
| 89. FORD MOTOR CO | | None | | | Buy (add'l) | 01/05/11 | J | | |
| 90. | | | | | Sold | 08/02/11 | J | | |
| 91. FRANKLIN HI YIELD TX FR A | A | Dividend | | | Sold | 12/14/11 | K | | |
| 92. FRANKLIN HI YIELD TX FR ADV | A | Dividend | K | T | Buy | 12/14/11 | K | | |
| 93. FRANKLIN RESOURCES INC | A | Dividend | J | T | Buy (add'l) | 10/24/11 | J | | |
| 94. FREEPORT MCMORAN CP & GLD (Y) | | | | | | | | | |
| 95. GENERAL ELECTRIC ELKS BY CITIGROUP EXCHANGE DUE 2011-0 (x) | A | Interest | | | Redeemed | 03/23/11 | J | | |
| 96. GENERAL ELECTRIC CO | A | Dividend | K | T | Buy (add'l) | 09/14/11 | K | | |
| 97. GENERAL MILLS INC (Y) | | | | | | | | | |
| 98. GENERAL MOTORS CORP | | None | J | T | | | | | |
| 99. GOLDMAN SACH GRP IN | A | Dividend | J | T | Sold (part) | 05/16/11 | J | A | |
| 100. GOLDMAN SACHS GRW OPPORT A | A | Dividend | | | Buy (add'l) | 07/01/11 | J | | |
| 101. | | | | | Sold | 11/22/11 | J | | |
| 102. GOLDMAN SACHS GRW OPPORT 1 | A | Dividend | J | T | Buy | 11/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. GOOGLE INC-CL A | | None | | | Sold | 04/15/11 | J | A | |
| 104. GUGGENHEIM SPIN OFF ETF | | None | | | Buy (add'l) | 01/18/11 | J | | |
| 105. | | | | | Sold | 01/27/11 | K | B | |
| 106. H J HEINZ | A | Dividend | J | T | Buy | 09/06/11 | J | | |
| 107. | | | | | Buy (add'l) | 09/08/11 | J | | |
| 108. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 109. HENDERSON INTL OPPORTUNITIES A | A | Dividend | | | Redeemed | 01/06/11 | J | | |
| 110. HEWLETT PACKARD | A | Dividend | | | Buy (add'l) | 01/12/11 | J | | |
| 111. | | | | | Sold | 06/08/11 | J | | |
| 112. HONEYWELL INTERNATIONAL INC | A | Dividend | J | T | | | | | |
| 113. INCYTE CORP | | None | | | Sold | 04/18/11 | J | B | |
| 114. INTEL CORP | A | Dividend | | | Buy | 09/14/11 | K | | |
| 115. | | | | | Sold | 11/30/11 | K | C | |
| 116. INTL BUSINESS MACHINES CORP | A | Dividend | J | T | Buy | 08/29/11 | J | | |
| 117. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 118. INVESCO CONVERT SECURITIES A | A | Dividend | K | T | Buy | 02/18/11 | J | | |
| 119. | | | | | Buy (add'l) | 02/23/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Redeemed (part) | 08/12/11 | J | | |
| 121. INVESCO GLOBAL CORE EQUITY A (X) | A | Dividend | J | T | | | | | |
| 122. INVESCO TX EXEMPT SECURITIES (Y) | | | | | | | | | |
| 123. INVESCO VK EQUITY AND INCOME A | A | Dividend | J | T | | | | | |
| 124. INVESCO VK GLOBAL FRANCHISE A | A | Dividend | J | T | | | | | |
| 125. INVESCO VK HIGH YIELD MUNI A | A | Dividend | K | T | | | | | |
| 126. INVESCO VK MUNI INCOME (X) | A | Dividend | J | T | | | | | |
| 127. ISHARES BARCLAYS TIPS BD FD (Y) | | | | | | | | | |
| 128. ISHARES FTSE NAREIT RESIDENT | A | Dividend | K | T | | | | | |
| 129. ISHARES IBOXX $ H/Y CORP BOND | C | Dividend | K | T | Buy (add'l) | 01/05/11 | J | | |
| 130. | | | | | Buy (add'l) | 01/18/11 | J | | |
| 131. | | | | | Sold (part) | 08/04/11 | J | A | |
| 132. | | | | | Sold (part) | 08/09/11 | K | | |
| 133. ISHARES IBOXX INVEST GR COR FD (Y) | | | | | | | | | |
| 134. ISHARES MSCI JAPAN INDEX FUND | | None | | | Buy | 07/21/11 | K | | |
| 135. | | | | | Sold | 09/12/11 | J | | |
| 136. ISHARES MSCI VALUE INDEX FUND (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ISHARES PHILX SOX SEMICONDUCTOR CO | A | Dividend | | | Buy | 03/03/11 | J | | |
| 138. | | | | | Sold | 08/09/11 | J | | |
| 139. ISHARES RUSSELL 1000 GR INDEX | A | Dividend | K | T | | | | | |
| 140. ISHARES S&P MID CAP 400 GROWTH | A | Dividend | K | T | Sold (part) | 05/20/11 | J | B | |
| 141. | | | | | Sold (part) | 08/12/11 | J | A | |
| 142. | | | | | Sold (part) | 09/12/11 | J | B | |
| 143. | | | | | Sold (part) | 12/14/11 | K | C | |
| 144. ISHARES TRUST | A | Dividend | | | Sold | 02/24/11 | K | B | |
| 145. JP MORGAN MID CAP VALUE A | A | Dividend | K | T | Buy | 01/04/11 | K | | |
| 146. JPMORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 147. KANSAS CITY LIFE INS | A | Dividend | | | Sold | 04/18/11 | J | B | |
| 148. KELLOGG CO (X) | A | Dividend | J | T | Buy | 09/06/11 | J | | |
| 149. | | | | | Buy (add'l) | 09/08/11 | J | | |
| 150. LAZARD EMERGING MARKETS I | A | Dividend | | | Buy (add'l) | 04/21/11 | J | | |
| 151. | | | | | Redeemed (part) | 06/29/11 | K | A | |
| 152. | | | | | Redeemed | 07/01/11 | J | A | |
| 153. LINCARE HLDGS INC | A | Dividend | | | Buy (add'l) | 02/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 07/19/11 | J | | |
| 155. LINCOLN AMERICAN LEGACY C-SHAR VARIABLE LIFE POLICY (Y) | | | | | | | | | |
| 156. MAINSTAY LARGE CAP GRW A | A | Dividend | K | T | Buy | 07/01/11 | K | | |
| 157. MANAGERS AMG FQ GLOBAL ALT A | A | Dividend | | | Buy (add'l) | 01/18/11 | J | | |
| 158. | | | | | Buy (add'l) | 02/08/11 | J | | |
| 159. | | | | | Redeemed (part) | 06/24/11 | J | | |
| 160. | | | | | Redeemed | 08/02/11 | J | | |
| 161. MARATHON OIL CO | A | Dividend | J | T | Buy | 05/18/11 | J | | |
| 162. | | | | | Buy (add'l) | 06/22/11 | J | | |
| 163. MARATHON PETROLEUM CORP(X) | A | Dividend | | | Sold | 09/27/11 | J | | |
| 164. MARKET VECTORS AGRIBUS ETF (Y) | | | | | | | | | |
| 165. MARKET VECTORS GOLD MINERS | | None | | | Buy (add'l) | 01/18/11 | J | | |
| 166. | | | | | Sold | 05/03/11 | K | B | |
| 167. MICROSOFT CORP | A | Dividend | K | T | Buy | 10/05/11 | J | | |
| 168. | | | | | Buy (add'l) | 11/08/11 | J | | |
| 169. | | | | | Buy (add'l) | 11/11/11 | J | | |
| 170. | | | | | Buy (add'l) | 11/30/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. MITSUBISHI UFJ FINCL GRP ADS | A | Dividend | J | T | | | | | |
| 172. MONSANTO CO/NEW | | None | J | T | Buy | 11/11/11 | J | | |
| 173. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 174. MORGAN STANLEY (Y) | | | | | | | | | |
| 175. MORGAN STANLEY MONEY MARKET ACCOUNT | A | Dividend | K | T | | | | | |
| 176. MORGAN STANLEY PREFERENTIAL RATE (Y) | | | | | | | | | |
| 177. MOTOROLA INC (Y) | | | | | | | | | |
| 178. MOTOROLA MOBILITY HOLDING INC(X) | | None | | | Sold | 01/31/11 | J | | |
| 179. MOTOROLA SOLUTIONS INC (X) | | None | | | Sold | 01/31/11 | J | A | |
| 180. MOTOROLA SOLUTIONS MS ON S&P BRENT CRUDE DUE 2012-01-31(X) | | None | | | Redeemed | 04/29/11 | K | A | |
| 181. MS AUTOCALL ON CATERPILLAR DUE 2012-07-25 | | None | J | T | Buy | 07/25/11 | J | | |
| 182. MS ON S&P BRENT CRUDE INDEX DUE 2012 | | None | J | T | Buy | 01/25/11 | J | | |
| 183. MORGAN STANLEY ACTIVE ASSETS TAX FR TRUST | A | Interest | L | T | | | | | |
| 184. MORGAN STANLEY BANK ACCOUNT #1 | A | Interest | L | T | | | | | |
| 185. MORGAN STANLEY BANK ACCOUNT NUMBER #2 | B | Interest | K | T | | | | | |
| 186. MORGAN STANLEY BANK ACCOUNT #3 (X) | A | Interest | J | T | | | | | |
| 187. MORGAN STANLEY BANK ACCOUNT #4 (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. MORGAN STANLEY BANK ACCOUNT #5 (X) | A | Interest | J | T | | | | | |
| 189. MORGAN STANLEY BANK ACCOUNT #6 (X) | A | Interest | K | T | | | | | |
| 190. MORGAN STANLEY BANK ACCOUNT #7 (X) | C | Interest | J | T | | | | | |
| 191. MS EMERGING MKTS DOMESTIC DEBT | A | Dividend | J | T | | | | | |
| 192. MS FOCUS GROWTH FUND A | A | Dividend | J | T | | | | | |
| 193. MS INTERNATIONAL VALUE EQ A | A | Dividend | K | T | | | | | |
| 194. MS REAL ESTATE FUND A | A | Dividend | J | T | | | | | |
| 195. MS SPECIAL GROWTH FUND A | A | Dividend | J | T | | | | | |
| 196. MS US GOVERNMENT SEC TR B | A | Dividend | J | T | | | | | |
| 197. NEWS CORP LTD (DEL) CLASS B | | None | | | Sold | 01/05/11 | J | | |
| 198. NIPPON TELEGRAPH & TELEPHONE ADS (Y) | | | | | | | | | |
| 199. NIKE INC B | A | Dividend | J | T | Sold (part) | 03/11/11 | J | A | |
| 200. | | | | | Sold (part) | 05/20/11 | J | B | |
| 201. | | | | | Buy (add'l) | 08/29/11 | J | | |
| 202. NORDIC AMERICAN TNKR SHIPPING | A | Dividend | J | T | | | | | |
| 203. NUVEEN REAL ESTATE SEC FUND A | A | Dividend | J | T | Buy | 12/23/11 | J | | |
| 204. NUVEEN TRADEWINDS INTL VAL A | A | Dividend | K | T | Redeemed (part) | 04/11/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Redeemed (part) | 09/12/11 | J | | |
| 206. NUVEEN TRADEWINDS VAL OPPORT A | B | Dividend | K | T | Buy (add'l) | 01/18/11 | J | | |
| 207. | | | | | Redeemed (part) | 05/20/11 | J | B | |
| 208. | | | | | Redeemed (part) | 06/30/11 | J | B | |
| 209. OLD MUTUAL TS&W MID CAP VAL A | A | Dividend | | | Redeemed | 01/04/11 | J | A | |
| 210. PEPSICO INC NC | A | Dividend | | | Sold | 09/06/11 | J | | |
| 211. PETROLEO BRAS SA ADS | A | Dividend | | | Buy (add'l) | 02/15/11 | J | | |
| 212. | | | | | Buy (add'l) | 02/25/11 | J | | |
| 213. | | | | | Sold | 05/18/11 | J | | |
| 214. PIMCO ALL ASSET ALL AUTH P | B | Dividend | K | T | Buy | 11/08/11 | K | | |
| 215. PIMCO ALL ASSET ALL AUTHORITY A | A | Dividend | | | Buy | 08/02/11 | K | | |
| 216. | | | | | Buy (add'l) | 08/04/11 | J | | |
| 217. | | | | | Sold | 11/08/11 | K | | |
| 218. PIMCO TOTAL RETURN A | A | Dividend | | | Redeemed | 01/05/11 | K | | |
| 219. PNC FINL SVCS GP | A | Dividend | J | T | | | | | |
| 220. POWERSHARES DYN ENERGY ETF | A | Dividend | K | T | Buy (add'l) | 01/05/11 | J | | |
| 221. | | | | | Buy (add'l) | 02/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 41

Name of Person Reporting

Christel, David W.

Date of Report

12/22/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 04/27/11 | J | B | |
| 223. | | | | | Sold (part) | 05/03/11 | J | B | |
| 224. POWERSHARES DYN OIL & GAS SVC | | None | | | Buy | 01/14/11 | J | | |
| 225. | | | | | Buy (add'l) | 02/15/11 | J | | |
| 226. | | | | | Buy (add'l) | 03/03/11 | J | | |
| 227. | | | | | Buy (add'l) | 07/21/11 | J | | |
| 228. | | | | | Sold | 09/27/11 | K | | |
| 229. POWERSHARES QQQ TR | A | Dividend | L | T | Buy (add'l) | 01/18/11 | J | | |
| 230. | | | | | Sold (part) | 05/20/11 | J | B | |
| 231. PRAXAIR INC | A | Dividend | J | T | Buy | 10/24/11 | J | | |
| 232. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 233. PROCTER & GAMBLE | A | Dividend | J | T | | | | | |
| 234. PROSHARES CREDIT SUISSE | A | Dividend | | | Buy | 01/31/11 | K | | |
| 235. | | | | | Buy (add'l) | 02/03/11 | J | | |
| 236. | | | | | Buy (add'l) | 02/07/11 | J | | |
| 237. | | | | | Sold (part) | 08/04/11 | J | | |
| 238. | | | | | Sold | 12/08/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. PRUDENTIAL SHORT TERM CORP BD Z | A | Int./Div. | K | T | Sold (part) | 08/02/11 | K | | |
| 240. RENAISSANCE RE HOLDINGS LTD | A | Dividend | J | T | Buy | 06/02/11 | J | | |
| 241. | | | | | Buy (add'l) | 07/12/11 | J | | |
| 242. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 243. ROYCE 100 FUND SERV | A | Dividend | J | T | | | | | |
| 244. RYDEX S&P EQUAL WEIGHT ETF A | A | Dividend | K | T | Buy | 02/11/11 | K | | |
| 245. | | | | | Buy (add'l) | 02/16/11 | J | | |
| 246. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 247. | | | | | Sold (part) | 09/12/11 | J | | |
| 248. RYDEX ETF TRUST UTILITIES ETF (Y) | | | | | | | | | |
| 249. S&P NORTH AMERICAN TECH SOFT | A | Dividend | K | T | Buy (add'l) | 11/13/11 | J | | |
| 250. SAFEWAY INC COM NEW (Y) | | | | | | | | | |
| 251. SAIC, INC (Y) | | | | | | | | | |
| 252. SCORPIO TANKERS INC (Y) | | | | | | | | | |
| 253. SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 254. SPDR GOLD TR GOLD SHS | A | Dividend | L | T | Buy (add'l) | 01/18/11 | J | | |
| 255. | | | | | Buy (add'l) | 06/06/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 07/12/11 | J | | |
| 257. | | | | | Sold (part) | 08/19/11 | K | | |
| 258. | | | | | Sold (part) | 08/24/11 | J | C | |
| 259. | | | | | Buy (add'l) | 10/27/11 | K | | |
| 260. SPDR KBW REGIONAL BANKING ETF | A | Dividend | | | Sold | 03/28/11 | K | | |
| 261. STARWOOD HTLS & RSTS WW INC | | None | | | Buy (add'l) | 02/11/11 | J | | |
| 262. | | | | | Sold | 06/17/11 | J | | |
| 263. TARGET CORPORATION | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 264. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 265. TCW EMERGING MARKET INC N | A | Dividend | | | Buy | 10/27/11 | K | | |
| 266. | | | | | Sold | 12/06/11 | K | | |
| 267. TCW GALILEO EMERG MARKETS INC I | A | Dividend | K | T | Buy | 12/06/11 | K | | |
| 268. TEMPLETON GLOBAL BOND FUND A | B | Dividend | K | T | Buy (add'l) | 01/18/11 | J | | |
| 269. | | | | | Buy (add'l) | 04/21/11 | J | | |
| 270. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 271. | | | | | Sold (part) | 12/14/11 | K | | |
| 272. TEMPLETON GLOBAL BOND FUND ADV | A | Dividend | J | T | Buy | 12/14/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Redeemed (part) | 12/22/11 | J | A | |
| 274. | | | | | Redeemed (part) | 12/23/11 | J | | |
| 275. TEMPLETON GLOBAL BOND FUND C | A | Dividend | J | T | Buy | 04/28/11 | J | | |
| 276. TENARIS SA | A | Dividend | | | Sold | 08/04/11 | J | | |
| 277. TEVA PHARMACEUTICALS ADR | | None | J | T | Buy | 12/16/11 | J | | |
| 278. TEXTRON INC | A | Dividend | | | Sold | 06/01/11 | J | B | |
| 279. THE TECHNOLOGY SEL SECT SPDR FD (X) | A | Dividend | K | T | Buy (add'l) | 10/28/11 | J | | |
| 280. | | | | | Buy (add'l) | 11/03/11 | J | | |
| 281. THOR INDUSTRIES INC (Y) | | | | | | | | | |
| 282. THORNBURG INTL VALUE I | A | Dividend | K | T | Buy | 01/06/11 | J | | |
| 283. | | | | | Buy (add'l) | 04/11/11 | J | | |
| 284. | | | | | Redeemed (part) | 09/12/11 | J | | |
| 285. TUPPERWARE BRANDS CORP | A | Dividend | J | T | Buy | 08/29/11 | J | | |
| 286. UMPQUA HOLDINGS CORP | A | Dividend | J | T | | | | | |
| 287. UNION PACIFIC CORP | A | Dividend | J | T | Sold (part) | 07/19/11 | J | A | |
| 288. | | | | | Sold (part) | 09/18/11 | J | A | |
| 289. UNITED TECHNOLOGIES CORP | A | Dividend | | | Sold | 02/24/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. UNITED STS STL CP (NEW) (Y) | | | | | | | | | |
| 291. US TREASURY BOND FED STRIP PRINCIPAL 4.00 RATE DUE (Y) | | | | | | | | | |
| 292. US BANCORP | A | Dividend | | | Sold | 04/18/11 | J | | |
| 293. UNION PACIFIC CORP | A | Dividend | | | Sold (part) | 07/19/11 | J | | |
| 294. | | | | | Sold | 09/08/11 | J | | |
| 295. UNITED TECHNOLOGIES | A | Dividend | | | Sold | 02/24/11 | J | | |
| 296. UNITED HEALTH GP INC | A | Dividend | J | T | Buy | 01/14/11 | J | | |
| 297. | | | | | Buy (add'l) | 06/20/11 | J | | |
| 298. | | | | | Buy (add'l) | 06/22/11 | J | | |
| 299. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 300. VALE S.A. (Y) | | | | | | | | | |
| 301. VANGUARD DIVIDEND APPRECIATION | | None | | | Buy (add'l) | 01/18/11 | J | | |
| 302. | | | | | Sold | 01/27/11 | K | B | |
| 303. VANGUARD EMRG MKTS ETF | A | Dividend | | | Buy (add'l) | 01/18/11 | J | | |
| 304. | | | | | Sold (part) | 02/11/11 | J | C | |
| 305. | | | | | Sold (part) | 08/04/11 | K | B | |
| 306. | | | | | Sold | 08/09/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. VANGUARD REIT ETF | A | Dividend | K | T | Buy (add'l) | 01/18/11 | J | | |
| 308. VIRTUS INSIGHT EMERG MARKETS I | A | Dividend | K | T | Buy | 10/25/11 | K | | |
| 309. VIRTUS INSIGHT EMERG MARKETS A | A | Dividend | | | Buy | 06/29/11 | K | | |
| 310. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 311. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 312. | | | | | Sold | 10/25/11 | K | | |
| 313. VISA | A | Dividend | J | T | Buy | 08/30/11 | J | | |
| 314. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 315. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 316. WASHINGTON FEDERAL INC | A | Dividend | J | T | | | | | |
| 317. WASTE MGMT INC (DELA) (Y) | | | | | | | | | |
| 318. WATSON PHARMACEUTICAL INC | | None | J | T | Buy | 01/21/11 | J | | |
| 319. | | | | | Buy (add'l) | 02/01/11 | J | | |
| 320. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 321. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 322. | | | | | Sold (part) | 12/16/11 | J | A | |
| 323. WILLIAMS CO INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. WISDOM TREE EQUITY INCOME FUND | | None | K | T | Buy | 12/22/11 | K | | |
| 325. YUM BRANDS INC | A | Dividend | J | T | | | | | |
| 326. COLUMBIA COMMUNITY CREDIT UNION ACCOUNTS | A | Interest | K | T | | | | | |
| 327. MORGAN STANLEY MONEY MARKET FUNDS (Y) | | | | | | | | | |
| 328. RENTAL PROPERTY, VANCOUVER, WA (AMEN CORNER MGMT, LLC) | B | Rent | L | W | | | | | |
| 329. RENTAL PROPERTY, VANCOUVER, WA (BLUE TEE MGMT, LLC) | A | Rent | J | W | | | | | |
| 330. RENTAL PROPERTY, SUNNYBROOK, OR (DOUBLE CUT MGMT, LLC) | D | Rent | M | W | | | | | |
| 331. RENTAL PROPERTY VANCOUVER, WA (DOUBLE EAGLE MGMT, LLC) | D | Rent | M | W | | | | | |
| 332. RENTAL PROPERTY, VANCOUVER, WA (FIRST CUT MGMT, LLC) | D | Rent | L | W | | | | | |
| 333. RENTAL PROPERTY, VANCOUVER, WA (FRONT NINE MGMT, LLC) | D | Rent | J | W | | | | | |
| 334. RENTAL PROPERTY, VANCOUVER, WA (GARROW TRIDENT, LLC) | D | Rent | M | W | | | | | |
| 335. RENTAL PROPERTY, VANCOUVER, WA (KICK POINT, LLC) | | None | M | W | Buy | 12/15/11 | M | | |
| 336. RENTAL PROPERTY, VANCOUVER, WA (NORTH SIDE, LLC)(X) | B | Rent | J | W | | | | | |
| 337. RENTAL PROPERTY, SUNNYBROOK, OR (PELICAN BAY MGMT, LLC) | C | Rent | M | W | | | | | |
| 338. RENTAL PROPERTY, ROCKLIN, CA (ROCKLIN NW, LLC) | C | Rent | M | W | | | | | |
| 339. RENTAL PROPERTY, VANCOUVER, WA (SILVER LAKE RV, LLC) | A | Rent | M | W | | | | | |
| 340.          TRUST - 3M (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. _____ TRUST - ABBOTT LABORATORIES | D | Dividend | M | T | | | | | |
| 342. _____ TRUST - ACTIVISION BLIZZARD | | None | | | Sold | 01/03/11 | J | A | |
| 343. _____ TRUST - ADVENT SOFTWARE INC | | None | | | Sold | 01/03/11 | J | A | |
| 344. _____ TRUST - AGNICO EAGLE MINES LTD (Y) | | | | | | | | | |
| 345. _____ TRUST - ALBEMARLE CORPORATION | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 346. _____ TRUST - ALCATEL LUCENT ADS | | None | | | Sold | 01/03/11 | J | | |
| 347. _____ TRUST - ALEXANDER & BALDWIN INC | | None | | | Sold | 01/03/11 | J | A | |
| 348. _____ TRUST - ALLEGHANY CP DELAWARE | | None | | | Sold | 01/03/11 | J | | |
| 349. _____ TRUST - ALLEGHENY TECH INC | | None | | | Sold | 01/03/11 | J | | |
| 350. _____ TRUST - ALLIANZ SE ADS (Y) | | | | | | | | | |
| 351. _____ TRUST - ALLSTATE CORP | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 352. _____ TRUST - ALUMINA LTD | | None | | | Sold | 01/03/11 | J | A | |
| 353. _____ TRUST - AMEREN CORP (HLDG CO) | | None | | | Sold | 01/03/11 | J | | |
| 354. _____ TRUST - AMERICAN GR FD OF AMERICA | A | Dividend | K | T | Buy | 01/03/11 | K | | |
| 355. | | | | | Buy (add'l) | 01/18/11 | K | | |
| 356. | | | | | Buy (add'l) | 04/13/11 | K | | |
| 357. | | | | | Redeemed (part) | 07/01/11 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. _____ TRUST - ANALOG DEVICES INC | | None | | | Sold | 01/03/11 | J | B | |
| 359. _____ TRUST - ANALOGOLD ASHANTI LIMITED | | None | | | Sold | 01/03/11 | J | A | |
| 360. _____ TRUST - ANNALY CAPITAL MGMT INC | A | Dividend | | | Sold | 01/03/11 | J | | |
| 361. _____ TRUST - AOL | | None | | | Sold | 01/03/11 | J | | |
| 362. _____ TRUST - AON CORP | | None | | | Sold | 01/03/11 | J | | |
| 363. _____ TRUST - APPLE | | None | | | Sold | 01/03/11 | J | A | |
| 364. _____ TRUST - ASTRAZENCA PLC ADS | | None | | | Sold | 01/03/11 | J | | |
| 365. _____ TRUST - ATWOOD OCEANICS INC | | None | | | Sold | 01/03/11 | J | A | |
| 366. _____ TRUST - AXIS CAPITAL HOLDINGS LTD | A | Dividend | | | Sold | 01/03/11 | J | | |
| 367. _____ TRUST - BABCOCK & WILCOX COMPANY | | None | | | Sold | 01/03/11 | J | A | |
| 368. _____ TRUST - BANK OF AMERICA (Y) | | | | | | | | | |
| 369. _____ TRUST - BARRICK GOLD CORP | | None | | | Sold | 01/03/11 | J | B | |
| 370. _____ TRUST - BOEING CO (Y) | | | | | | | | | |
| 371. _____ TRUST - BP PLC ADS (Y) | | | | | | | | | |
| 372. _____ TRUST - BLACKROCK EQUITY DIVIDEND A | B | Dividend | L | T | Buy | 01/03/11 | K | | |
| 373. | | | | | Buy (add'l) | 04/11/11 | J | | |
| 374. | | | | | Buy (add'l) | 12/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. _____ TRUST - BLACKROCK HI YIELD BOND PTF A | A | Dividend | K | T | Buy | 08/31/11 | J | | |
| 376. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 377. _____ TRUST - BORG WARNER (X) | | None | | | Sold | 01/03/11 | J | A | |
| 378. _____ TRUST - BRANDYWINE REALTY TR SBI NEW | | None | | | Sold | 01/03/11 | J | A | |
| 379. _____ TRUST - BROADRIDGE FIN SOLU LLC | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 380. _____ TRUST - CABELA'S INC | | None | | | Sold | 01/03/11 | J | A | |
| 381. _____ TRUST - CABLEVISION SYSTEMS CORP | | None | | | Sold | 01/03/11 | J | B | |
| 382. _____ TRUST - CALAMOS CONVERTIBLE FUND | | None | | | Buy | 01/05/11 | K | | |
| 383. | | | | | Redeemed | 02/18/11 | K | B | |
| 384. _____ TRUST - CAMECO CORP | A | Dividend | | | Sold | 01/03/11 | J | B | |
| 385. _____ TRUST - CARMAX INC | | None | | | Sold | 01/03/11 | J | A | |
| 386. _____ TRUST - CHIMERA INVESTMENT CORP | A | Dividend | | | Sold | 01/03/11 | J | | |
| 387. _____ TRUST - CHUBB CORP | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 388. _____ TRUST - CLEAN HARBORS | | None | | | Sold | 01/03/11 | J | | |
| 389. _____ TRUST - CISCO (Y) | | | | | | | | | |
| 390. _____ TRUST - CLOROX CO DE | | None | | | Sold | 01/03/11 | J | | |
| 391. _____ TRUST - COCA COLA CO | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 28 of 41

Name of Person Reporting

Christel, David W.

Date of Report

12/22/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. _____ TRUST - COGNIZANT TECH SOLUTIONS | | None | | | Sold | 01/03/11 | J | A | |
| 393. _____ TRUST - CONS EDISON INC (HLDG CO) | | None | | | Sold | 01/03/11 | J | A | |
| 394. _____ TRUST - CONSTELLATION BRANDS INC | | None | | | Sold | 01/03/11 | J | | |
| 395. _____ TRUST - CORRECTIONS CORP OF AMERICA | | None | | | Sold | 01/03/11 | J | A | |
| 396. _____ TRUST - COVIDIEN PLC NEW | | None | | | Sold | 01/03/11 | J | A | |
| 397. _____ TRUST - DAI NIPPPN PRGT LTD JAPAN | | None | | | Sold | 01/03/11 | J | | |
| 398. _____ TRUST - DAIWA HOUSE IND LTD | | None | | | Sold | 01/03/11 | J | | |
| 399. _____ TRUST - DOW CHEMICAL CO | A | Dividend | | | Sold | 01/03/11 | J | | |
| 400. _____ TRUST - DREAMWORKS ANIMATION SKG INC (Y) | | | | | | | | | |
| 401. _____ TRUST - DU PONT EL DE NEMOURS & CO | | None | | | Sold | 01/03/11 | J | | |
| 402. _____ TRUST - EATON VANCE (Y) | | | | | | | | | |
| 403. _____ TRUST - EMBRAER EM PRESA BRAS DD ADS | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 404. _____ TRUST - ENDURANCE SPCLTY HLDGS LTS | | None | | | Sold | 01/03/11 | J | B | |
| 405. _____ TRUST - ENERGIZER | | None | | | Sold | 01/03/11 | J | | |
| 406. _____ TRUST - EXPRESS SCRIPTS INC | | None | | | Sold | 01/03/11 | J | | |
| 407. _____ TRUST - EXXON MOBIL CORP | D | Dividend | M | T | | | | | |
| 408. _____ TRUST - FIRST EAGLE GOLD A | A | Dividend | | | Buy | 01/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold | 08/04/11 | J | | |
| 410. ⬜ TRUST - FIRST EAGLE GOLD I | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 411. | | | | | Redeemed (part) | 08/24/11 | J | | |
| 412. ⬜ TRUST - FMC TECHNOLOGIES | | None | | | Sold | 01/03/11 | J | A | |
| 413. ⬜ TRUST - FORCE PROTECTION INC | | None | | | Sold | 01/03/11 | J | | |
| 414. ⬜ TRUST - FORD MOTOR CO | | None | | | Sold | 01/03/11 | J | | |
| 415. ⬜ TRUST - FUJIFILM HOLDINGS CORP ADR | | None | | | Sold | 01/03/11 | J | | |
| 416. ⬜ TRUST - GAZPROM O A O SPON ADR | | None | | | Sold | 01/03/11 | J | | |
| 417. ⬜ TRUST - GENERAL ELECTRIC CO | B | Dividend | L | T | | | | | |
| 418. ⬜ TRUST - GENUINE PARTS CO | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 419. ⬜ TRUST - GENZYME CORP | | None | | | Sold | 01/03/11 | J | A | |
| 420. ⬜ TRUST - GREAT PLAINS ENERGY INC | | None | | | Sold | 01/03/11 | J | | |
| 421. ⬜ TRUST - GLAXOSMITHKLINE PLC ADS | A | Dividend | | | Sold | 01/03/11 | J | | |
| 422. ⬜ TRUST - GOLD FIELDS LTD SP ADR | | None | | | Sold | 01/03/11 | J | A | |
| 423. ⬜ TRUST - GOLDMAN SACHS GRP INC (Y) | | | | | | | | | |
| 424. ⬜ TRUST - GOLDMAN SACHS GRW OPPORT A | | None | | | Buy (add'l) | 07/01/11 | J | | |
| 425. | | | | | Sold | 11/22/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. ___ TRUST - GOLDMAN SACHS GRW OPPORT I | B | Dividend | K | T | Buy | 11/22/11 | K | | |
| 427. | | | | | Buy (add'l) | 12/07/11 | J | | |
| 428. ___ TRUST - GOOGLE | | None | | | Sold | 01/03/11 | J | | |
| 429. ___ TRUST - H J HEINZ CO | A | Dividend | | | Sold | 01/03/11 | J | | |
| 430. ___ TRUST - HASBRO INC | | None | | | Sold | 01/03/11 | J | B | |
| 431. ___ TRUST - HATTERAS FINL CORP | A | Dividend | | | Sold | 01/03/11 | J | | |
| 432. ___ TRUST - HCP INCORPORATED | | None | | | Sold | 01/03/11 | J | A | |
| 433. ___ TRUST - HEALTH CARE REIT INC | | None | | | Sold | 01/03/11 | J | A | |
| 434. ___ TRUST - HENDERSON INTL OPPORTUNITIES A | A | Dividend | | | Redeemed (part) | 01/03/11 | J | A | |
| 435. | | | | | Redeemed | 01/06/11 | K | A | |
| 436. ___ TRUST - HEWLETT PACKARD (Y) | | | | | | | | | |
| 437. ___ TRUST - HUDSON CITY BANCORP INC | | None | | | Sold | 01/03/11 | J | | |
| 438. ___ TRUST - IMPALA PLATINUM HLDGS LTD ADR | | None | | | Sold | 01/03/11 | J | A | |
| 439. ___ TRUST - INTL BUSINESS MACHINES CORP | | None | | | Sold | 01/03/11 | J | | |
| 440. ___ TRUST - INVESCO CONVERT SECURITIES A | A | Dividend | K | T | Buy | 02/18/11 | K | | |
| 441. | | | | | Redeemed (part) | 08/12/11 | J | | |
| 442. ___ TRUST - I SHARES I BOXXS H/Y CORP BOND | B | Dividend | | | Buy | 01/03/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 41

**Name of Person Reporting**

**Christel, David W.**

**Date of Report**

12/22/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold | 08/09/11 | K | | |
| 444. _____ TRUST - IVANHOE MINES LTD | | None | | | Sold | 01/03/11 | J | B | |
| 445. _____ TRUST - JOHNSON CONTROLS INC | A | Dividend | | | Sold | 01/03/11 | J | | |
| 446. _____ TRUST - JOHNSON & JOHNSON | D | Dividend | M | T | | | | | |
| 447. _____ TRUST - JP MORGAN MID CAP VALUE A | A | Dividend | J | T | Buy | 01/04/11 | K | | |
| 448. _____ TRUST - KAO CORP | | None | | | Sold | 01/03/11 | J | | |
| 449. _____ TRUST - KINDER MORGAN MGMT | | None | | | Sold | 01/03/11 | J | A | |
| 450. _____ TRUST - KINROSS GOLD CORP | | None | | | Sold | 01/03/11 | J | | |
| 451. _____ TRUST - KNOLL INC | | None | | | Sold | 01/03/11 | J | A | |
| 452. _____ TRUST - KRAFT FOODS | A | Dividend | | | Sold | 01/03/11 | J | | |
| 453. _____ TRUST - KORN/FERRY INTL DELA (Y) | | | | | | | | | |
| 454. _____ TRUST - LANCE INC (Y) | | | | | | | | | |
| 455. _____ TRUST - LAS VEGAS SANDS CORP | | None | | | Sold | 01/03/11 | J | | |
| 456. _____ TRUST - LAZARD EMERGING MARKETS OPEN | A | Dividend | | | Redeemed | 07/01/11 | K | D | |
| 457. _____ TRUST - MAGNA INTL A COM | | None | | | Sold | 01/03/11 | J | A | |
| 458. _____ TRUST - MAINSTAY LARGE CAP GRW A | A | Dividend | K | T | Buy | 07/01/11 | K | | |
| 459. _____ TRUST - MANAGERS AMG FQ GLOBAL ALT A | A | Dividend | | | Buy | 01/18/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 461. | | | | | Redeemed | 07/01/11 | J | | |
| 462. ___ TRUST - MARTIN MARIETTA MATERIALS | | None | | | Sold | 01/03/11 | J | | |
| 463. ___ TRUST - MATTEL INC | | None | | | Sold | 01/03/11 | J | A | |
| 464. ___ TRUST - MBIA INC | | None | | | Sold | 01/03/11 | J | A | |
| 465. ___ TRUST - MCDONALDS CORP | | None | | | Sold | 01/03/11 | J | | |
| 466. ___ TRUST - MCGRAW HILL | | None | | | Sold | 01/03/11 | J | B | |
| 467. ___ TRUST - MERCK & CO | C | Dividend | L | T | | | | | |
| 468. ___ TRUST - MCKESSON CORP | A | Dividend | | | Sold | 01/03/11 | J | | |
| 469. ___ TRUST - MFA FINANCIAL INC | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 470. ___ TRUST - MICREL INC | | None | | | Sold | 01/03/11 | J | | |
| 471. ___ TRUST - MICROCHIP TECHNOLOGY | | None | | | Sold | 01/03/11 | J | A | |
| 472. ___ TRUST - MILLICOM INTL CELLULAR SA NEW | | None | | | Sold | 01/03/11 | J | B | |
| 473. ___ TRUST - MONSTER WORLDWIDE | | None | | | Sold | 01/03/11 | J | A | |
| 474. ___ TRUST - MONTPELIER RE HOLDINGS | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 475. ___ TRUST - MORGAN STANLEY BANK ACCOUNT #1 (X) | A | Interest | L | T | | | | | |
| 476. ___ TRUST - MORGAN STANLEY BANK ACCOUNT #2 (X) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. _____ TRUST - NATIONAL FUEL GAS CO | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 478. _____ TRUST - NEW YORK COMMUNITY BANCORP INC | | None | | | Sold | 01/03/11 | J | B | |
| 479. _____ TRUST - NEWCREST MINING LTD | | None | | | Sold | 01/03/11 | J | A | |
| 480. _____ TRUST - NEWMARKET CORP | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 481. _____ TRUST - NIPPON TELEGRAPH&TELEPHONE ADS | | None | | | Sold | 01/03/11 | J | | |
| 482. _____ TRUST - NISOURCE INC | | None | | | Sold | 01/03/11 | J | A | |
| 483. _____ TRUST - NOKIA CP ADR (Y) | | | | | | | | | |
| 484. _____ TRUST - NOVO NORDISK A/S ADR | | None | | | Sold | 01/03/11 | J | | |
| 485. _____ TRUST - NUVEEN REAL ESTATE SEC fUND A | A | Dividend | K | T | Buy | 12/23/11 | J | | |
| 486. _____ TRUST - NUVEEN TRADEWINDS INTL VAL A | A | Dividend | K | T | Buy | 01/03/11 | L | | |
| 487. | | | | | Redeemed (part) | 04/11/11 | K | A | |
| 488. | | | | | Redeemed (part) | 09/12/11 | J | | |
| 489. _____ TRUST - NUVEEN TRADEWINDS VAL OPPORT A | C | Dividend | K | T | Buy | 01/03/11 | K | | |
| 490. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 491. _____ TRUST - OCCIDENTAL PETROLEUM | A | Dividend | | | Sold | 01/03/11 | J | | |
| 492. _____ TRUST - OLD DOMINION FREIGHTLINE | | None | | | Sold | 01/03/11 | J | | |
| 493. _____ TRUST - OLD REPUBLIC INTL CP | | None | | | Sold | 01/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. TRUST - OMNICOM GROUP | A | Dividend | | | Sold | 01/03/11 | J | | |
| 495. TRUST - ORACLE | | None | | | Sold | 01/03/11 | J | A | |
| 496. TRUST - OWENS CORNING (Y) | | | | | | | | | |
| 497. TRUST - PEABODY ENERGY | | None | | | Sold | 01/03/11 | J | | |
| 498. TRUST - PHILIP MORRIS INTL INC | A | Dividend | | | Sold | 01/03/11 | J | | |
| 499. TRUST - PIMCO ALL ASSET ALL AUTHORITY P | B | Dividend | K | T | Buy | 11/08/11 | K | | |
| 500. | | | | | Sold (part) | 12/28/11 | J | | |
| 501. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 502. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 503. TRUST - PIMCO ALL ASSET ALL AUTHORITY A | A | Dividend | | | Buy | 07/01/11 | K | | |
| 504. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 505. | | | | | Sold | 11/08/11 | K | | |
| 506. TRUST - PIMCO LOW DURATION FUND A | A | Dividend | | | Buy | 01/18/11 | J | | |
| 507. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 508. | | | | | Sold | 11/18/11 | K | | |
| 509. TRUST - PIMCO LOW DURATION P | A | Dividend | K | T | Buy | 11/08/11 | K | | |
| 510. | | | | | Redeemed (part) | 12/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 41

Name of Person Reporting

Christel, David W.

Date of Report

12/22/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. _____ TRUST - PRICESMART | | None | | | Sold | 01/03/11 | J | A | |
| 512. _____ TRUST - PROCTER & GAMBLE | D | Dividend | N | T | | | | | |
| 513. _____ TRUST - PROGRESS ENERGY INC | | None | | | Sold | 01/03/11 | J | A | |
| 514. _____ TRUST - PROSHARES ULTRASHORT RUSSELL 20 (Y) | | | | | | | | | |
| 515. _____ TRUST - PROSHARES ULTRASHORT S&P 500 (Y) | | | | | | | | | |
| 516. _____ TRUST - RANGE RESOURCES CORP (Y) | | | | | | | | | |
| 517. _____ TRUST - ROCKWELL COLLINS INC | | None | | | Sold | 01/03/11 | J | A | |
| 518. _____ TRUST - ROHM CO LTD UNSPONS ADR | | None | | | Sold | 01/03/11 | J | | |
| 519. _____ TRUST - ROYAL DUTCH SHELL PLC | | None | | | Sold | 01/03/11 | J | A | |
| 520. _____ TRUST - ROYCE 100 FUND SERV | B | Dividend | K | T | Buy | 01/03/11 | K | | |
| 521. | | | | | Buy (add'l) | 12/08/11 | J | | |
| 522. _____ TRUST - SANOFI AVENTIS ADS | | None | | | Sold | 01/03/11 | J | | |
| 523. _____ TRUST - SEMPRA ENERGY | A | Dividend | | | Sold | 01/03/11 | J | | |
| 524. _____ TRUST - SEVEN & I HOLDING CO. | | None | | | Sold | 01/03/11 | J | | |
| 525. _____ TRUST - SCANA CORP NEW | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 526. _____ TRUST - SEADRILL | | None | | | Sold | 01/03/11 | J | | |
| 527. _____ TRUST - SIEMENS AKTIENGESELLSCHAFT | | None | | | Sold | 01/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. ____ TRUST - SK TELECOM CO LTD | A | Dividend | | | Sold | 01/03/11 | J | | |
| 529. ____ TRUST - SOTHEBY'S CL A(X) | | None | | | Sold | 01/03/11 | J | A | |
| 530. ____ TRUST - SPDR GOLD TR GOLD SHS | | None | J | T | Sold (part) | 08/24/11 | J | B | |
| 531. ____ TRUST - STATOIL ASA SPONSORED ADR | | None | | | Sold | 01/03/11 | J | | |
| 532. ____ TRUST - STURM RUGER & CO | | None | | | Sold | 01/03/11 | J | | |
| 533. ____ TRUST - ST JUDE MEDICAL INC | | None | | | Sold | 01/03/11 | J | | |
| 534. ____ TRUST - SUMITOMO TR&BK CO SPON ADR | | None | | | Sold | 01/03/11 | J | | |
| 535. ____ TRUST - SUNCOR ENERGY INC NEW COM | | None | | | Sold | 01/03/11 | J | A | |
| 536. ____ TRUST - SWISSCOM | | None | | | Sold | 01/03/11 | J | A | |
| 537. ____ TRUST - TATA MOTORS LTD(X) | | None | | | Sold | 01/03/11 | J | A | |
| 538. ____ TRUST - TCW EMERGING MARKET INC N | A | Dividend | | | Buy | 10/27/11 | K | | |
| 539. | | | | | Sold | 12/06/11 | K | | |
| 540. ____ TRUST - TCW GALILEO EMERG MARKETS INC I | A | Dividend | K | T | Buy | 12/06/11 | K | | |
| 541. ____ TRUST - TEL & DATA SYSTEMS SPECIAL | | None | | | Sold | 01/03/11 | J | A | |
| 542. ____ TRUST - TEMPLETON GLOBAL BOND FUND A | B | Dividend | | | Buy | 01/03/11 | K | | |
| 543. | | | | | Sold | 12/14/11 | K | | |
| 544. ____ TRUST - TEMPLETON GLOBAL BOND FUND ADV | A | Dividend | K | T | Buy | 12/14/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Redeemed (part) | 12/23/11 | J | | |
| 546. _____ TRUST - TENET HEALTHCARE | | None | | | Sold | 01/03/11 | J | A | |
| 547. _____ TRUST - THE DIRECTV GROUP | | None | | | Sold | 01/03/11 | J | | |
| 548. _____ TRUST - THORNBURG INTL VALUE I | A | Dividend | K | T | Buy | 01/06/11 | K | | |
| 549. | | | | | Buy (add'l) | 04/11/11 | K | | |
| 550. | | | | | Redeemed (part) | 09/12/11 | J | | |
| 551. _____ TRUST - TIME WARNER CABLE INC CL A | | None | | | Sold | 01/03/11 | J | B | |
| 552. _____ TRUST - TREDEGAR CORPORATION | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 553. _____ TRUST - TOYOTA MOTOR CP ADR NEW | | None | | | Sold | 01/03/11 | J | | |
| 554. _____ TRUST - TREDEGAR CORPORATION | A | Dividend | | | Sold | 01/03/11 | J | | |
| 555. _____ TRUST - TYCO INTERNATIONAL LTD NEW (Y) | | | | | | | | | |
| 556. _____ TRUST - UBS AG NEW | | None | | | Sold | 01/03/11 | J | | |
| 557. _____ TRUST - UDR INC COM | | None | | | Sold | 01/03/11 | J | A | |
| 558. _____ TRUST - ULTRA PETROLEUM INC | | None | | | Sold | 01/03/11 | J | B | |
| 559. _____ TRUST - UNION PACIFIC CORP | A | Dividend | | | Sold | 01/03/11 | J | | |
| 560. _____ TRUST - UNITED CONTINENTAL HLDGS INC | | None | | | Sold | 01/03/11 | J | | |
| 561. _____ TRUST - UNITED PARCEL SERVICE INC CL - B | | None | | | Sold | 01/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 12/22/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.      TRUST - UNITED UTILITIES GROUP PLC (Y) | | | | | | | | | |
| 563.      TRUST - VALUE CLICK INC | None | | | | Sold | 01/03/11 | J | A | |
| 564.      TRUST - VANGUARD EMERG MARKETS ETF | None | | | | Buy | 01/03/11 | K | | |
| 565. | | | | | Sold | 08/04/11 | K | | |
| 566.      TRUST - VIRTUS INSIGHT EMERG MARKETS I | A | Dividend | K | T | Buy | 10/25/11 | K | | |
| 567.      TRUST - VIRTUS INSIGHT EMERG MARKETS A | A | Dividend | | | Buy | 07/01/11 | K | | |
| 568. | | | | | Buy (add'l) | 08/31/11 | K | | |
| 569. | | | | | Sold | 10/25/11 | K | | |
| 570.      TRUST - VODAFONE GP PLC ADS NEW | A | Dividend | | | Sold | 01/03/11 | J | | |
| 571.      TRUST - VACOAL CP ADR (Y) | | | | | | | | | |
| 572.      TRUST - WACOAL CP ADR | None | | | | Sold | 01/03/11 | J | A | |
| 573.      TRUST - WALT DISNEY CO HOLDING CO | A | Dividend | | | Sold | 01/03/11 | J | | |
| 574.      TRUST - WEATHERFORD INC INTL | None | | | | Sold | 01/03/11 | J | A | |
| 575.      TRUST - WESCO FINANCIAL CP (Y) | | | | | | | | | |
| 576.      TRUST - WHITE MOUNTAIN GRP BERMUDA (Y) | | | | | | | | | |
| 577.      TRUST - WOLTERS KLUWER NV SPON ADR | None | | | | Sold | 01/03/11 | J | | |
| 578.      TRUST - XCEL ENERGY | A | Dividend | | | Sold | 01/03/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. ▢ TRUST - XEROX CORP | A | Dividend | | | Sold | 01/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, lines 339 through 578 - These assets are held as Trustee of the ▮▮▮▮▮▮ ▮▮▮▮▮▮ Trust dated June 6, 1989. The Trustee position is identified under Part I, line 3.

2) In Part VII, page 10, line 93 from the 2010 report, Centrias Electicas Co ADR should show a partial sale on 10/08/2010 wiht a J on Column C1 in 2010. This will make the Part VII, linie 43 correct in this reporting period.

3) In Part VII, page 52, line 804 from the 2010 report, ▮▮▮▮▮▮ Trust -- Ivanhoe Mines LTD should show a partial sale on 8/27/2010 wiht a J on Column C1 in 2010. This will make the Part VII, line 444, correct in this reporting period.

4) In Part VII, page 40, line 610, page 41, line 611, page 57, line 884, in the 2010 report it was listd "RENTAL PROPERTY, VANCOUVER, WAS (PELICAN BAY MANAGEMENT, LLC)(X)" "RENTAL PROPERTY, VANCOUVER, WAS (ROCKLIN NW, LLC)(X)," AND "▮▮▮▮▮▮ TRUST-ORAL(X)." These assets were listed on Part VII, line 337, 338, and 495. These descriptions were revised as they became available.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David W. Christel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544